IN THE
# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | | |
|---|---|---|
| **IN RE ANDREW U. D. STRAW,** *Petitioner, Pro Se.* | ) ) ) ) ) | USCA4 Case#: __________________ Tr. Case No.: N/A **URGENT** |

## PETITION

I, *petitioner* Andrew U. D. Straw, make this PETITION to request a writ of mandamus to the U.S. District Court for the Eastern District of North Carolina to allow me CM/ECF filing privileges in anticipation of filing my Camp LeJeune Justice Act of 2022 case. Please consider this my *pro se* appearance as well:

## FACTS

1. I am a Camp LeJeune poisoning victim, born in the Camp LeJeune Naval Hospital in 1969. This is already adjudicated. *Straw v. Wilkie*, 20-2090, 843 F. App'x 263, 265-267 (Fed. Cir. 1/15/2021).
2. To the best of my knowledge, I am the only such person born and poisoned at that Camp LeJeune base during the toxic water time who is also a member of the bar of this Court. I have been a member of the bar in good standing since 1999.
3. Moreover, I have been granted CM/ECF filing privileges for 7 U.S. Courts of Appeals, including this Court, and several U.S. District Courts. One U.S. District Court allows me to file via email.

4. I am not admitted to the bar of the U.S. District Court for the Eastern District of North Carolina and the clerk's staff have refused to allow me to send my initial case filing *IFP* via email.
5. That Court also has not granted me CM/ECF privileges even though there is no good reason to disallow this when I can make CM/ECF filings at the Fourth Circuit, which is the federal court of appeals immediately above EDNC.
6. I am not proposing to represent anyone, only myself. 28 U.S.C. § 1654.

**ISSUE PRESENTED**

7. The issue is whether the Eastern District of North Carolina should allow me to make initial and ongoing filings for the Camp LeJeune Justice Act of 2022 via CM/ECF when I filed my administrative claim back in August of 2022, shortly after the Act became law.

**REQUESTED RELIEF**

8. I petition for a **writ of mandamus** under FRAP Rule 21 to force the Court below simply to permit me to have CM/ECF filing permissions under my PACER.gov account #4175242.

WHEREFORE, I petition for this modest relief so that I will be able to file my CLJA case without undue expense or delay given there are anticipated to be something like 10,000 cases filed in the next few weeks under that law. There is no good reason to ask anyone to submit paper when that EDNC court will be inundated with paper. Those who file electronically will have a distinct advantage, not least of which is that all URL hyperlinks will be maintained in a COMPLAINT filed with CM/ECF.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **February 2, 2023**

Respectfully,

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS (PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

**CERTIFICATE OF SERVICE**

I, Andrew U. D. Straw, certify that I filed the above **PETITION FOR WRIT OF MANDAMUS** and attached ***IFP* application** with the Clerk of this Court on February 2, 2023.

Respectfully submitted,

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS (PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

IN THE
# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | | |
|---|---|---|
| **IN RE ANDREW U. D. STRAW,**<br>*Petitioner, Pro Se,* | )<br>)<br>) | USCA4 Case#: ___________________<br><br>Tr. Case No.: N/A |

**ORDER**

The Court, being advised in the premises, makes the following findings and ORDER:

- Mr. Straw has been a member of the bar of this Court since 1999.
- He has an active CM/ECF efiling account with this Court and has never been found to abuse that privilege.
- Mr. Straw wishes to efile his Camp LeJeune Justice Act of 2022 case in the Eastern District of North Carolina, Southern Division, using CM/ECF.
- Public news media have reported that there are over 15,000 administrative claims that have been filed to U.S. Navy JAG since the Camp LeJeune Justice Act, 136 Stat. 1802-1804, was passed in August of 2022.
- The reason CM/ECF exists is to facilitate court filings and increase efficiency.
- There are no reasons not to grant Mr. Straw e-filing privileges when so many other courts have done so, including this Court.
- The Eastern District of North Carolina should improve its policies to increase efficiency. Allowing federally admitted attorneys who have CM/ECF accounts, especially with this Court, to efile in that district on their own behalf is a good

policy that reduces the amount of paper to be handled while this Camp LeJeune matter is litigated.

WHEREFORE, Mr. Straw, PACER Account # **4175242**, shall be allowed to use CM/ECF. The Clerk of Court of the U.S. District Court for the Eastern District of North Carolina shall grant Mr. Straw full CM/ECF access so he can file his own Camp LeJeune Justice Act of 2022 cases and prosecute them *in forma pauperis.*

It is so ORDERED.

________________________________ ________________________________

DATE Hon.