FILED: April 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1120

———————————

In re: ANDREW U. D. STRAW

Petitioner

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the petition for writ of

mandamus is denied.

/s/ PATRICIA S. CONNOR, CLERK